# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Plaintiff/Counterclaim Defendant,

    v.                                    Civil Action No. 1:18-cv-00264

ZENITH AVIATION, INC.,

    Defendant/Counterclaim Plaintiff.

## NOTICE OF EVIDENTIARY HEARING

PLEASE TAKE NOTICE that on November 14, 2018, at 10:00 a.m., or as soon thereafter as it may be heard, the Parties will conduct an evidentiary hearing pursuant to Magistrate Judge Ivan D. Davis' October 16, 2018 Order (Dkt. No. 95), whereby this court ordered that Zenith Aviation, Inc.'s "request for sanctions is taken under advisement subject to an evidentiary hearing."

Dated: October 18, 2018		Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Alex J. Lathrop
Alex J. Lathrop (VSB No. 44277)
1200 Seventeenth Street, NW
Washington, D.C. 20036-3006
Tel.: (202) 663-9208
Fax: (202) 663-8007
alex.lathrop@pillsburylaw.com

Janine M. Stanisz (*Pro Hac Vice*)
Hinako Gojima (*Pro Hac Vice*)
1540 Broadway
New York, New York 10036
Tel.: (212) 858-1000
Fax: (212) 858-1500
Janine.stanisz@pillsburylaw.com
hinako.gojima@pillsburylaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Zenith Aviation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

>Elizabeth Skilling
>Thomas S. Garrett
>Harman Clayton Corrigan Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>Tel: 804-747-5200
>Fax: 804-747-6085
>Email: eskilling@hccw.com
>Email: tgarrett@hccw.com

>Respectfully submitted,

>/s/ Alex J. Lathrop
>Alex J. Lathrop (VSB No. 44277)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>1200 Seventeenth Street, NW
>Washington, D.C. 20036-3006
>Tel.: (202) 663-9208
>Fax: (202) 663-8007
>alex.lathrop@pillsburylaw.com