# ** CIVIL MOTION MINUTES **

Date: **11/9/2018**  Judge: **Trenga/IDD**
Time: **10:03 - 10:15**  Reporter: **R. Montgomery**

Civil Action Number: **1:18-cv-264**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

**V.**

**ZENITH AVIATION INC.**

Appearances of Counsel for Plaintiff and Defendant

Motion to/for:
Motion to Bifurcate *Zenith's Claim for Attorney's Fees Pursuant to Virginia Code Section 38.2-209* [112] by pltf.
Motion for Leave to File a Second Motion for Partial Summary Judgment [106] by pltf.

Argued and
(  ) Granted        (  ) Denied        (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement        (  ) Continued to

(**X**) Order to Follow

Pltf.: Thomas Garrett        Deft.: Alexander Lathrop