IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

  Plaintiff-Counterclaim Defendant,

v.                                             Civil Action No. 1:18-cv-264

ZENITH AVIATION, INC.,

  Defendant-Counterclaim Plaintiff.

## JOINT MOTION FOR BRIEFING SCHEDULE

WHEREAS, Defendant-Counterclaim Plaintiff Zenith Aviation, Inc. ("Zenith") filed a Motion to Compel and for Sanctions against Allied Property and Casualty Insurance Company ("Allied") (Dkt. 70);

WHEREAS, on November 14, an Evidentiary Hearing was held on Zenith's Motion to Compel and for Sanctions.

WHEREAS on November 14, this Court entered the following minute entry: "[Defendant] adduced evidence and rested. Plaintiff adduced evidence and rested. The parties requested to supplement their motion and the opposition to the motion once they receive today's transcript. The parties were instructed to contact the court once they receive the transcript from today's hearing. The Court will then provide a due date for supplemental briefs."

WHEREAS, on November 20, this Court was notified that the transcript had been prepared.

WHEREAS a briefing schedule has not been ordered by the Court.

NOW, THEREFORE, the parties propose the following briefing schedule:

1. Zenith shall file an opening brief on January 8, 2019;

2. Allied shall file an opposition on January 15, 2019;

3. Zenith shall file a reply on January 22, 2019;

4. Allied reserves the right to file a sur-reply on January 25, and Zenith reserves the right to object;

5. Zenith's memorandum of law in support of its motion shall have a page limit of 30 pages;

6. Allied's memorandum of law in opposition shall have a page limit of 30 pages;

7. Zenith's reply memorandum of law shall have a page limit of 10 pages; and,

8. Allied's sur-reply memorandum of law, should one be filed, shall have a page limit of 10 pages.

Dated: January 8, 2019

Respectfully submitted,

/s/ Alex J. Lathrop

Alex A. Lathrop (VSB# 44277)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Phone: 202.663.8000
Fax:    202.663.8007
alex.lathrop@pillsburylaw.com

*Attorneys for Zenith Aviation, Inc.*

/s/ Elizabeth S. Skilling

Elizabeth S. Skilling (VSB# 28063)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Phone: 804.747.5200
Fax: 804.747.6085
tgarrett@hccw.com

*Attorneys for Allied Property and Casualty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

  Plaintiff-Counterclaim Defendant,

v.                                         Civil Action No. 1:18-cv-264

ZENITH AVIATION, INC.,

  Defendant-Counterclaim Plaintiff.

## [PROPOSED] ORDER ON JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

This matter having come before the Court on the parties' joint motion for entry of a briefing schedule, it is hereby ORDERED that the parties shall comply with the following schedule for supplemental briefing relating to Zenith Aviation, Inc.'s ("Zenith") Motion to Compel and for Sanctions against Allied Property and Casualty Insurance Company ("Allied") (Dkt. 70):

1. Zenith shall file an opening brief on January 8, 2019, of no more than 20 pages;

2. Allied shall file an opposition on January 15, 2019, of no more than 20 pages;

3. Zenith shall file a reply on January 22, 2019, of no more than 10 pages;

4. Allied reserves the right to file a sur-reply on January 25, of no more than 10 pages, and Zenith reserves the right to object;

SO ORDERED.

_____