IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) | |
| v. | ) ) ) | No. 1:18-cv-264 (AJT/IDD) |
| ZENITH AVIATION INC., | ) ) ) | |
| Defendant/Counter-Claimant. | ) ) | |

## **ORDER**

This matter is before the Court on the parties' Second Joint Motion Requesting an Extension of Time to Complete the Appraisal and Adjournment of the Trial Date [Doc. 194] ("the Motion"). Upon consideration of the Motion and the memoranda in support thereof, it is hereby

ORDERED that the parties' Second Joint Motion Requesting an Extension of Time to Complete the Appraisal and Adjournment of the Trial Date [Doc. 194] ("the Motion") be, and the same hereby is, GRANTED; and it is further

ORDERED that the appraisal deadline be, and the same hereby is, EXTENDED to February 28, 2019; and it is further

ORDERED that the trial, currently scheduled to begin on February 19, 2019 at 9:00 a.m. be, and the same hereby is, CONTINUED to April 17, 2019 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 1, 2019